IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

THOMAS MCBRIDE                      :        CIVIL ACTION
                                    :        NO 10-5737
            Plaintiff              :
                                    :
      vs.                           :
                                    :
AMERICAN SUBSTANCE ABUSE            :
PROFESSIONALS, INC., et al.,        :
                                    :
            Defendants              :

### FIRST SCHEDULING ORDER

**AND NOW**, this **26th** day of **August, 2011**, following
an initial pretrial conference with counsel for the parties, and
pursuant to Federal Rule of Civil Procedure 16, Local Rule of
Civil Procedure 16.1(b), and § 2:01 of the Civil Justice Expense
and Delay Reduction Plan, it is hereby **ORDERED** that:

1.    All attorneys appearing before Judge Robreno
must be registered on ECF.  All official filings submitted to the
Clerk of Court must be filed directly by the attorney on to ECF.
All orders, opinions, and other docket entries generated from
chambers will likewise be filed directly on to ECF.  Notice of
these chamber entries will be communicated to counsel either by
ECF or ordinary mail.

2.    All parties shall complete their initial
disclosures pursuant to § 4:01 of the Civil Justice Expense and
Delay Reduction Plan by **September 26, 2011;**

3.    Any motions for leave to amend the pleadings and any motions for leave to join other parties shall be filed by **September 26, 2011;**[1]

4.    Pursuant to Federal Rule of Civil Procedure 26(a)(2), experts' identities and their reports (including any curricula vitae) shall be disclosed by **November 24, 2011** Response experts' identities and their reports (including any curricula vitae) shall be disclosed by **December 23, 2011;**

5.    All discovery shall be completed by **January 23, 2012;**

6.    Any motions for summary judgment shall be filed by **January 23, 2012.** Responses to any motions for summary judgment shall be filed by **February 7, 2012.**  Replies to any responses to motions for summary judgment shall be filed by **February 22, 2012;**

7.    In the event a motion for summary judgment is filed, pre-trial deadlines set forth in the following paragraphs are suspended until further order of the Court.

---

1.    All requests for action by the Court shall be by motion, <u>see</u> Fed. R. Civ. P. 7(b), except for routine requests, which may be by letter to the Court with copies to all parties, indicating in such a letter whether the other parties consent to the request. Reply briefs shall not be filed for motions of any nature without prior leave of Court.  A copy of the proposed reply brief limited to the issues raised in the response shall be attached whenever leave is requested.

8.    Pretrial memoranda pursuant to Local Rule of Civil Procedure 16.1(c); proposed voir dire questions, jury instructions,[2] special interrogatories, and verdict forms for a jury trial (or proposed findings of fact and conclusions of law for a non-jury trial); and any motions in limine shall be filed by **February 7, 2012**;

9.    The case shall be placed in the trial pool on **February 22, 2012**, or, if a motion for summary judgment is filed, 30 days from the disposition of the motion.  Once placed in the trial pool, a case may be called to trial upon 24 hours' notice to counsel;

10.   If agreeable to both parties, counsel for plaintiff shall telephone Chambers to schedule a settlement conference with a Magistrate Judge; and

11.   Plaintiff's counsel shall advise the Court promptly of settlement of the case.

**AND IT IS SO ORDERED.**

s/Eduardo C.  Robreno

**EDUARDO C. ROBRENO, J.**

---

2.    Each proposed jury instruction should be numbered, should appear on a separate page, and should include citations to the authorities supporting the proposed instruction.