```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

THOMAS MCBRIDE,                   :     CIVIL ACTION
                                  :     NO. 10-5737
        Plaintiff,                :
                                  :
    v.                            :
                                  :
AMERICAN SUBSTANCE ABUSE          :
PROFESSIONALS, INC., et al.,      :
                                  :
        Defendants.               :
```

## SECOND SCHEDULING ORDER

**AND NOW**, this **24th** day of **January, 2012,** having granted the Joint Motion for Extension of Scheduling Order Deadlines (ECF No. 50), and pursuant to Federal Rule of Civil Procedure 16, Local Rule of Civil Procedure 16.1(b), and § 2:01 of the Civil Justice Expense and Delay Reduction Plan, it is hereby **ORDERED** that:

    1.  Experts' identities and their reports (including any curricula vitae) shall be disclosed by **February 22, 2012.** Response experts' identities and their reports (including any curricula vitae) shall be disclosed by **March 23, 2012;**

    2.  All discovery shall be completed by **March 23, 2012;**

1

3. Any motions for summary judgment shall be filed by **April 23, 2012**. Responses to any motions for summary judgment shall be filed by **May 14, 2012**;

4. In the event a motion for summary judgment is filed, pre-trial deadlines set forth in the following paragraphs are suspended until further order of the Court;

5. Pretrial memoranda pursuant to Local Rule of Civil Procedure 16.1(c); proposed voir dire questions, jury instructions,[2] special interrogatories, and verdict forms for a jury trial (or proposed findings of fact and conclusions of law for a non-jury trial); and any motions in limine shall be filed by **April 13, 2012**;

6. The case shall be placed in the trial pool on **April 23, 2012**, or, if a motion for summary judgment is filed, 30 days from the disposition of the motion. Once placed in the trial pool, a case may be called to trial upon 24 hours' notice to counsel;

7. If agreeable to both parties, counsel for plaintiff shall telephone Chambers to schedule a settlement conference with a Magistrate Judge; and

---

2. Each proposed jury instruction should be numbered, should appear on a separate page, and should include citations to the authorities supporting the proposed instruction.

8. Plaintiff's counsel shall advise the Court promptly of settlement of the case.

**AND IT IS SO ORDERED.**

<u>s/Eduardo C. Robreno</u>
**EDUARDO C. ROBRENO, J.**
