```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| THOMAS MCBRIDE, | : | CIVIL ACTION |
| | : | NO. 10-5737 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| AMERICAN SUBSTANCE ABUSE | : | |
| PROFESSIONALS, INC., et al., | : | |
| | : | |
| Defendants. | : | |

### O R D E R

**AND NOW**, this **17th** day of **January, 2013,** it is hereby **ORDERED** that Defendant's Motion for Summary Judgment (ECF No. 56) is **GRANTED.**

**IT IS FURTHER ORDERED** that Defendant's Motion for Leave to File Reply Brief (ECF No. 61) is **GRANTED.**[1]

**AND IT IS SO ORDERED.**

/s/ Eduardo C. Robreno
**EDUARDO C. ROBRENO,      J.**

---

[1] The Court considered Defendant's reply brief in disposing of the Motion for Summary Judgment.